UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA PEACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-00962 |
| SUNTRUST BANK, | ) ) ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, PAULA PEACE, and Defendant, SUNTRUST BANK, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: November 15, 2017

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED |
|---|---|
| By: /s/ Pooja Dosi | By: /s/ Jonathan E. Green |
| Pooja Dosi (*pro hac vice*) | Jonathan E. Green (*pro hac vice*) |
| Agruss Law Firm, LLC | Monarch Plaza, Suite 1600 |
| 4809 N. Ravenswood Ave, Ste. 419 | 3414 Peachtree Road, N.E. |
| Chicago, IL 60640 | Atlanta, Georgia 30326 |
| Tel: 312-224-4695 | Phone: (404) 577-6000 |
| Fax: 312-253-4451 | Facsimile: (404) 221-6501 |
| pooja@agrusslawfirm.com | jegreen@bakerdonelson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant SunTrust Bank* |

## CERTIFICATE OF SERVICE

On November 15, 2017, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Pooja Dosi
Pooja Dosi