UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA PEACE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-00962 |
| | ) CHIEF JUDGE CRENSHAW |
| SUNTRUST BANK, | ) |
| Defendant. | ) |

### ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 23). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE